Closing

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Madeline Cox Arleo |
| v. | : | Civil Action No. 24-951 |
| $629,950 IN UNITED STATES CURRENCY, | : | DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE |
| Defendant *In Rem* | : | |
| | : | |

WHEREAS, on or about February 20, 2024, the United States filed a Verified Complaint for Forfeiture *In Rem* (the "Verified Complaint") in the United States District Court for the District of New Jersey against $629,950 in United States currency (hereinafter referred to as the "defendant property");

WHEREAS, the Verified Complaint alleged that the defendant property is subject to forfeiture, pursuant to 21 U.S.C. § 881(a)(6), which subjects to forfeiture all moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of Title 21, Subchapter I, of the United States Code, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of Title 21, Subchapter I, of the United States Code;

WHEREAS, on or about February 21, 2024, the United States filed a Notice of Complaint for Forfeiture (the "Notice of Complaint");

WHEREAS, the Notice of Complaint stated that any person who wished to assert an interest in and avoid forfeiture of the defendant property was required to file a verified claim with the Clerk of the Court no later than 35 days from the date of mailing, if notice was mailed; no later than 35 days from the date of delivery, if notice was personally served; within the time period that the Court allowed, *provided that* any request for an extension of time from the Court was made prior to the expiration of the time within which the person is required to file such verified claim; or within 60 days from the first day of publication of notice on the government internet site www.forfeiture.gov;

WHEREAS, the Notice of Complaint also detailed the procedure for filing a claim and answer;

WHEREAS, on or about February 21, 2024, the United States sent copies of the Notice of Complaint and the Verified Complaint by Federal Express to the only party known to the Government who could have claimed an interest in the defendant property– that is, Adriana Jones, c/o Michael E. Elsner, Motely Rice LLC, at 23 Bridgeside Blvd., Mount Pleasant, SC 29464 (Tracking No. 775264743017). According to the records of Federal Express, the Notice and Complaint were delivered on February 22, 2024;

WHEREAS, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of

Civil Procedure, notice of this forfeiture action and the procedures for filing a claim to the defendant property was posted on an official internet government forfeiture website, namely www.forfeiture.gov, for at least 30 consecutive days, beginning on February 22, 2024, notifying all third parties of their right to file a claim and answer with the Court and explaining the procedures and applicable deadlines for seeking an adjudication of the validity of their alleged legal interest in the defendant property; and

WHEREAS, no claims or answers were filed or made in this action, no parties have appeared to contest the action to date, and the statutory time periods in which to do so have expired. *See* Supplemental Rules G(4)(b)(ii) and G(5)(a) and 18 U.S.C. § 983(a)(4);

IT IS HEREBY, ORDERED, ADJUDGED, AND DECREED:

1. A Default Judgment and a Final Order of Forfeiture is granted and hereby entered against the defendant property, namely, $629,950 in United States currency and no right, title, or interest in the defendant property shall exist in any other party.

2. The United States Marshals Service shall dispose of the defendant property according to law.

ORDERED this 20 day of Aug, 2024.

_____
HON. MADELINE COX ARLEO, U.S.D.J.